IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HANS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-0374 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**FILED**
JUN 20 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Cler'·

ORDER

AND NOW, this 20th day of June, 2011, upon consideration of Defendant's Motion for an Enlargement of Time, it is hereby **ORDERED** that the time in which Defendant may file his Response to Request for Review of Plaintiff is enlarged to July 14, 2011.

BY THE COURT:

_____ J.