IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE HANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF | : | NO. 11-374 |
| THE SOCIAL SECURITY ADMINISTRATION | : | |

### ORDER

**AND NOW**, this 19th day of December, 2011, upon careful and independent consideration of Plaintiff's Request for Review (Docket No. 8), the response thereto, and Plaintiff's Reply Brief, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been made, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The relief sought by Plaintiff is **GRANTED** to the extent that the case is **REMANDED** to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) expressly address Plaintiff's GAF scores of 40 and 46; (b) reassess Plaintiff's credibility by explicitly considering her testimony, evidence of treatment for pain, written evidence concerning difficulty following instructions, written evidence concerning fatigue and pain, and accurately considering written evidence concerning daily activities; and (c) reassess Plaintiff's residual functional capacity.

3. **JUDGMENT IS ENTERED** in favor of Plaintiff and against the Commissioner of the Social Security Administration.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.